IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OSWALD NEWBOLD II,

      Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1529

Opinion filed September 22, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Oswald Newbold II, Petitioner.

Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.